IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LEON LASHLEY,

    Plaintiff,

v.                                                                  CASE NO. 1:14-cv-00188-MP-GRJ

JUDGE ROBERT K. GROEB[1],

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation, Doc. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii) for failure to state a claim upon which relief may be granted and because plaintiff

---

[1] The heading of the complaint refers to a Judge "Groab" but the body of the complaint refers correctly to Judge Robert K. Groeb of Division III of the Eighth Judicial Circuit of Florida: http://circuit8.org/groeb

    seeks relief against an individual who is immune from suit. The dismissal qualifies as a strike under 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this   *25th* day of November, 2014

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge